JS-6

# United States District Court
# Central District of California

CHRIS LANGER,

               Plaintiff,

     v.

B.R. GUEST,

               Defendant.

Case № 2:21-cv-02716-ODW (PLAx)

**JUDGMENT**

      Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///
///

1.    Defendant B.R. Guest shall have judgment in its favor.

2.    Plaintiff Chris Langer shall recover nothing from Defendant.

3.    Plaintiff's ADA claim is dismissed on the merits and with prejudice.

4.    Plaintiff's Unruh Act claim is dismissed without prejudice.


The Clerk of the Court shall close this case.


**IT IS SO ORDERED.**


October 26, 2021


**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**